**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) WILLIAM MANNA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 16-CV-500-TCK-FHM |
| | ) |
| (1) PHILLIPS 66 COMPANY and | ) |
| (2) PHILLIPS 66 SEVERANCE PAY | ) |
|     PLAN, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

The Court has entered an Opinion and Order (Doc. 68) granting Defendant Phillips 66 Company's Motion for Summary Judgment (Doc. 49) and reversing and remanding the denial of Plaintiff's ERISA claim for severance pay benefits under Defendant Phillips 66 Severance Pay Plan. Accordingly, judgment is hereby entered as follows: (1) against Plaintiff and for Defendant Phillips 66 Company with respect to all claims asserted against Phillips 66 Company; and (2) against Defendant Phillips 66 Severance Pay Plan and for Plaintiff with respect to Plaintiff's ERISA claim. Plaintiff's ERISA claim is reversed and remanded for further proceedings.

**SO ORDERED this 17th day of January, 2018.**

                                                  **TERENCE KERN
United States District Judge**